UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOSEPH RAYMOND McCOY,  )
                       )
         Petitioner,   )   No. CV 07-3924 VAP (AJW)
                       )
    v.                 )
                       )   ORDER ADOPTING REPORT AND
T. FELKER, WARDEN,     )   RECOMMENDATION OF
                       )   MAGISTRATE JUDGE
         Respondent.   )
                       )

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: May 12, 2008

Virginia A. Phillips
United States District Judge