FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH RAYMOND McCOY, | Case No. CV 07-3924-VAP(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| T. FELKER, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: May 12, 2008

Virginia A. Phillips
United States District Judge